IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| GARY MONROE,<br>    Plaintiff, | Civil Action No. 7:06cv00450 |
| v. | **FINAL ORDER** |
| JAMES C. STEERE,<br>    Defendant. | By: Jackson L. Kiser<br>Senior U.S. District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby **ORDERED** and **ADJUDGED** that Defendant's motion to dismiss is hereby **GRANTED**; the above referenced action pursuant to 42 U.S.C. § 1983 is hereby **DISMISSED**; and this action shall be **STRICKEN** from the active docket of this court.

The Clerk is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to the plaintiff.

ENTER: This 22nd day of February, 2007.

/s/ Jackson L. Kiser
Senior U.S. District Judge
CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for Roanoke
FEB 22 2007
JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk